IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                          Plaintiff,                                    **8:12CR70**

          vs.

DAVID MONARREZ,                                                         **ORDER**

                          Defendant.

On April 28, 2023 the court held a hearing on the motion of Stuart J. Dornan to withdraw as counsel for the defendant, David Monarrez (Filing No. 576). Stuart J. Dornan represents that he has a conflict of interest in this matter. After inquiry of the Defendant and his counsel, the court granted Stuart J. Dornan's motion to withdraw (Filing No. 576).

Deborah D. Cunningham shall forthwith provide, to the new attorney that will be retained by the defendant, any discovery materials provided to the defendant by the government and any such other materials obtained by Deborah D. Cunningham which are material to David Monarrez's defense.

The clerk shall provide a copy of this order to Deborah D. Cunningham and Stuart J. Dornan.

**IT IS SO ORDERED.**

Dated this 28th day of April, 2023.

                                        BY THE COURT:

                                        s/ Susan M. Bazis
                                        United States Magistrate Judge