IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID MONARREZ,

Defendant.

**8:12CR70**

**ORDER**

This matter is before the Court on the government's Motion to Dismiss (Filing No. 590). The government requests the Court dismiss the Petition for Offender Under Supervision (Filing No. 553) as to defendant David Monarrez. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion to Dismiss (Filing No. 590) is granted.

2. The Petition for Offender Under Supervision (Filing No. 553) is hereby dismissed with prejudice.

3. David Monarrez's previously imposed term of supervision is terminated.

Dated this 12th day of January 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge